An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HIDDEN RIDGE, LLC, A NEVADA
LIMITED LIABILITY COMPANY; AND
JOHN A. RITTER, AN INDIVIDUAL,
Appellants,
vs.
ELI APPLEBAUM IRA F/K/A HIGH
DESERT INVESTMENTS GROUP
DEFINED BENEFITS PENSION PLAN,
A NEVADA CORPORATION,
Respondents.

No. 60612

**FILED**

OCT 08 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL
## AND VACATING ORAL ARGUMENT

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument currently scheduled for October 17, 2013, at 10:30 a.m., is hereby vacated.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY:_____

cc:     Hon. Nancy L. Allf, District Judge
        Bogatz Law Group
        Law Office of Daniel Marks
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-30054